**UNITED STATES of America, Plaintiff—Appellant,**

v.

**Karl GRINBERGS, Defendant—Appellee.**

**No. 06–2369.**

United States Court of Appeals, Eighth Circuit.

Submitted: April 4, 2008.

Filed: April 15, 2008.

Michael P. Norris, Assistant U.S. Attorney, Omaha, NE, for Plaintiff–Appellant.

David R. Stickman, Federal Public Defender, Omaha, NE, Defendant–Appellee.

Karl Grinbergs, Blair, NE, pro se.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

This case is back before us from the Supreme Court which vacated our panel opinion and remanded for further consideration in light of *Gall v. United States*, ― U.S. ――, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007). We requested supplemental briefs from the parties which have now been received by the court. We have observed that the briefing contains many sentencing arguments which would be better presented to the district court in the first instance. We therefore consider it appropriate to remand to the district court for resentencing in light of *Gall* and all the

appropriate sentencing factors. So ordered.